No. 70–5138.  PARHAM ET AL. *v.* CORTESE ET AL.  Appeal from D. C. E. D. Pa.  [Probable jurisdiction noted, 402 U. S. 994, *sub nom. Epps* v. *Cortese.*]  Motion of David A. Scholl for leave to argue orally *pro hac vice* on behalf of appellants granted.

No. 71–119.  TRBOVICH *v.* UNITED MINE WORKERS OF AMERICA ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 880.]  Motion to expedite granted.

No. 71–259.  KAZUBOWSKI ET AL. *v.* DOLAR, AKA KAZUBOWSKI, ET AL.  Motion for leave to file petition for certiorari and other relief denied.

No. 71–273.  VICK *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, ET AL.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 71–107.  ATLANTIC COAST LINE RAILROAD CO. *v.* ERIE LACKAWANNA RAILROAD CO. ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 71–162.  BOARD OF REGENTS OF STATE COLLEGES ET AL. *v.* ROTH.  C. A. 7th Cir.  Certiorari granted.

No. 71–247.  RABE *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari granted.

No. 70–145.  WOOLDRIDGE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 70–5161.  PATTON *v.* CHEW, DIRECTOR, PROBATION AND PAROLE BOARD OF VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.